UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:07-CR-29-1BR

| United States Of America | ) | |
| --- | --- | --- |
| | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| Eric Johnson | ) | |

On this the 13th day of July, 2009, comes Mindy L. Threlkeld, U.S. Probation Officer, in open court at Raleigh, North Carolina, who shows the court that Eric Johnson appeared before the Honorable James C. Fox, Senior U.S. District Judge, with counsel on January 4, 2008, and upon a plea of guilty to 18 U.S.C. §471, Making Counterfeit United States Currency, was sentenced to 21 months in the custody of the Bureau of Prison followed by 3 years of supervised release. On December 10, 2008, the defendant appeared with counsel before the Honorable W. Earl Britt, Senior U.S. District Judge, and upon a plea of guilty to 18 U.S.C. §471, Making Counterfeit United States Currency, was re-sentenced to time served. Additionally, it was ordered by the court that the defendant be placed on supervised release for 36 months. Eric Johnson was released from custody and the term of supervised release commenced on December 10, 2008.

From evidence presented, the court finds as a fact that Eric Johnson, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Criminal conduct.
2. Criminal conduct.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 12 months and 1 day.

IT IS FURTHER ORDERED that the balance of the financial imposition originally imposed be due in full immediately.

IT IS FURTHER ORDERED that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

I have executed this Judgement as follows: Defendant delivered
This the 20 day of July 2009

on 09-10-09 to FCI Edgefield
at Edgefield SC, the Institution
designated. M.M. Mitchell, Warden
United States Marshal
By: Kelli Neal, CO

W. Earl Britt
Senior U.S. District Judge

FILED
SEP 1 6 2009
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Case 5:07-cr-00029-BR   Document 92   Filed 07/21/2009   Page 1 of 1

Case 5:07-cr-00029-BR   Document 93   Filed 09/16/09   Page 1 of 1